**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02525-ZLW

EDWIN MITCHELL PIRELA, Pro Se Pro Hoc Vice, ADA Litigant,

    Plaintiff

v.

MAGISTRATE JUDGE TED STEWART, United States District Court, Central Utah,
JUDGE PAUL G. MAUGHAN, The (SLK) Third District County Court, Salt Lake, Utah,
ATTORNEY GENERAL MARK L. SHURTLEFF, Utah Attorney General's Office,
ASSISTANT ATTORNEY GENERAL CHRISTOPHER D. BALLORD, Utah Attorney
    General's Office,
SUPREME JUSTICE CHRISTINE M. DURHAM,
APPEAL JUDGE PAMELA T. GREENWOOD,
UTAH APPEAL COURT, and
UTAH SUPREME COURT,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On August 22, 2012, Plaintiff submitted to the Court a "Motion for Court to Answer Question of Law," ECF No. 38.  The Motion is inappropriate.  Pursuant to the Court's Minute Order entered on June 1, 2010, the Motion is ordered stricken.

Dated:  August 23, 2012